THOMAS E. MOSS, IDAHO BAR NO. 1058
UNITED STATES ATTORNEY
**SYRENA C. HARGROVE, IDAHO BAR NO. 6213**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414

    Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICE EUGENE IRELAND and LARAE IRELAND, husband and wife, | Civil No. 07-0213-E-EJL |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    COME NOW, defendant United States of America, by and through Syrena C. Hargrove, Assistant United States Attorney for the District of Idaho, and plaintiffs, Maurice Eugene Ireland and Larae Ireland, by and through their attorney of record, Kenneth L. Pedersen, and hereby stipulate and agree the above-entitled matter may be dismissed in its entirety with prejudice. It is further agreed each party is to bear their own costs and attorney's fees.

    Dated this 27th day of November, 2008.

                                    THOMAS E. MOSS
                                    United States Attorney
                                    By

                                    _____
                                    SYRENA C. HARGROVE
                                    Assistant United States Attorney

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

Dated this _____ day of November, 2008.

*[signature]*
KENNETH L. PEDERSEN
Plaintiff's Attorney

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**