UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICE EUGENE IRELAND and LARAE IRELAND, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. 07-0213-E-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Stipulation for Dismissal, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Stipulation (Dkt. No. 20) is **APPROVED**. The complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED: **December 10, 2008**

Honorable Edward J. Lodge
U. S. District Judge